

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Angelique Singletary, et al

              **Plaintiff,**

V.

G6 Hospitality LLC, et al

              **Defendant.**

FILED
3/31/2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:        JMR  , Deputy

Civil No.  20cv0270-LAB-AHG

**STRICKEN DOCUMENT:**
Order

**Per Order #     70**

69