**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**KINGSLEY & KINGSLEY, APC**
  Eric B. Kingsley, Esq. (State Bar #185123)
  Kelsey M. Szamet, Esq. (State Bar #260264)
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE SINGLETARY and IYANA BLACKWELL, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>G6 HOSPITALITY LLC, a Limited Liability Company; MOTEL 6 OPERATING L.P., a Limited Partnership; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No.: **3:20-cv-00270-LAB-AHG**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: December 13, 2021<br>Hearing Time: 11:30 a.m.<br><br>District Judge: Hon. Larry A. Burns<br>James M. Carter and Judith N. Keep United States Courthouse<br>Courtroom 14A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on December 13, 2021, at 11:30 a.m. in the United States District Court for the Southern District of California, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, 14th Floor, San Diego, CA 92101 in Courtroom 14A, before the Honorable Larry A. Burns, Plaintiffs Angelique Singletary and Iyana Blackwell ("Plaintiffs") will move for final approval of the proposed class settlement with Defendants G6 Hospitality LLC and Motel 6 Operating L.P. ("Defendants").

This motion is brought in accordance with the Orders dated July 20, 2021 and September 15, 2021 [Doc. No. 80 and 83] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the First Amended Class Action Settlement Agreement ("Settlement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the previously filed Declaration of Kelsey Szamet [Doc. No. 81-3], the Declaration of the Plaintiffs, the Declaration of the Settlement Administrator (to be filed after November 29, 2021), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: November 15, 2021       BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

                               By:   */s/ Kyle Nordrehaug*
                                     Norman B. Blumenthal
                                     Kyle R. Nordrehaug
                                     Attorneys for Plaintiffs